**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1461**

WILLIAM YOUNG,

        Plaintiff - Appellant,

      v.

STATE FARM AUTOMOBILE INSURANCE COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah L. Boardman, District Judge.  (8:24-cv-02130-DLB)

Submitted:  March 12, 2026                      Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Young, Appellant Pro Se.  Laura Basem Jacobs, BUDOW & NOBLE, PC, Rockville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Young appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Young v. State Farm Auto. Ins. Co.*, No. 8:24-cv-02130-DLB (D. Md. Mar. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*